UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOIK MOON,

        Plaintiff,

    v.

AETNA LIFE INSURANCE COMPANY, et al.,

        Defendants.

Case No. 18-cv-02737-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 20

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: August 6, 2018

WILLIAM H. ORRICK
United States District Judge